Eva Danziger, defendant in error, v. Leona Newton, plaintiff in error. Gen. No. 34,509.

Opinion filed October 21, 1931. Rehearing denied November 2, 1931.

Maxfield Weisbrod, for plaintiff in error. B. B. Chodash, for defendant in error.

Mr. Justice Friend delivered the opinion of the court.